## In re CHAPMAN et al.

### (District Court, N. D. Illinois, N. D. November 24, 1900.)

### No. 2,144.

BANKRUPTCY—PROVABLE DEBTS—NOTES INTENDED AS GIFT.

A husband, intending to make a gift of money to his wife, loaned the money to a firm in which he was a partner, executed the notes of the firm therefor payable to his wife, and placed such notes in his private drawer in the firm safe, where they remained until after the institution of proceedings on which the firm was adjudicated bankrupt. Held, that there was no such delivery as to consummate the intended gift, and render the notes provable by the wife against the partnership estate in bankruptcy.

In Bankruptcy. On exceptions to allowance of claim.

C. Van A. Smith, for certain creditors.
W. D. Barge, for claimant.

KOHLSAAT, District Judge. This matter comes on to be heard upon exceptions to the allowance by the referee of the claim of the wife of one of the bankrupts, filed against the partnership estate. The transaction by which the wife claims to have acquired the money upon which is based her claim amounts in law simply to a promise of a gift to her by the husband. Instead of the gift being consummated by a delivery to her, the husband lent the sum to the bankrupt firm, executed the notes of the firm for the amount, payable to his wife, and placed said notes in his private drawer in the safe of the firm, where they remained until after the institution of these bankruptcy proceedings. In my opinion, this does not amount in law to a delivery which would render consummated and enforceable an intended gift. The ruling of the referee is reversed, and the claim disallowed